UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLAN D. DE ABREU,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 2:16-CV-01062-RAJ-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.
(2) Plaintiff's Complaint is **DISMISSED** with prejudice.
(3) **JUDGMENT** is for Defendant and the case should be closed.
(4) The Clerk is directed to send copies of this Order to Plaintiff, and to Defendant's counsel of record.

Dated this 13th day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1